JAY JAMBECK, ESQ. (SBN 226018)
MANDY G. LEIGH, ESQ. (SBN 225748)
ELIZABETH PACHECO (SBN 246258)
**LEIGH LAW GROUP**
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:     415-399-9155
Facsimile:      415-795-3733
Email: jjambeck@leighlawgroup.com

Attorneys for Plaintiff
ZEENAT SHERIFF


ALEXANDER HERNAEZ, ESQ. (SBN
CHRISTINA CHEN, ESQ.  (SBN
**FOX ROTHSCHILD, LLP**
345 California Street
Suite 2200
San Francisco, CA 94104
Telephone:   415-364-5540
Facsimile:    415-391-4436

Attorneys for Defendant
SAMUEL MERRITT UNIVERSITY
d/b/a CALIFORNIA SCHOOL
 OF PODIATRIC MEDICINE


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEENAT SHERIFF,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMUEL MERRITT UNIVERSITY d/b/a CALIFORNIA SCHOOL OF PODIATRIC MEDICINE; and DOES 1-30, inclusive,<br><br>        Defendants. | **Case No.:**   3:14-cv-05122-WHA<br><br>**STIPULATION TO AMEND THE COURT'S SCHEDULING ORDER TO EXTEND DISCOVERY FOR THE SOLE PURPOSE OF COMPLETING NOTICED DEPOSITIONS AND [PROPOSED] ORDER** |

     The parties to the above-entitled action jointly submit this STIPULATION TO AMEND

THE COURT'S SCHEDULING ORDER TO EXTEND DISCOVERY FOR THE SOLE

---

STIPULATION AND ORDER                                                                                  Case No. 3:14-cv-05122-WHA

PURPOSE OF COMPLETING NOTICED DEPOSITIONS pursuant to the Court's scheduling order in this matter.

The Court's scheduling order entered February 23, 2015 set a deadline of October 16, 2015 for the close of discovery and November 12, 2015 as a deadline for the filing of dispositive motions.  Plaintiff noticed five depositions of Defendant's employees for October 8, 2015.  The depositions are expected to take no more than one day to complete.  Counsel for Defendant has a conflict on October 8, 2015 and has requested a different date and time for the depositions to occur.

As a result, the parties stipulate to amend the scheduling order for the sole purpose of allowing the noticed depositions to occur on or before November 5, 2015.  No other deadlines or dates will need to be adjusted – the dispositive motions deadline will remain in place as will all other dates set by the scheduling order.

Dated: October 5, 2015    **LEIGH LAW GROUP**

                                                   s/ Jay T. Jambeck

By: _____
JAY JAMBECK, ESQ.
Attorneys for Plaintiff ZEENAT SHERIFF

**"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."**

**FOX ROTHSCHILD, LLP**

Dated: October 5, 2015

                                                  s/ Alexander Hernaez

By: _____
ALEXANDER HERNAEZ, ESQ.
Attorneys for Defendant SAMUEL MERRITT UNIVERSITY

## ORDER

The parties' STIPULATION TO AMEND THE COURT'S SCHEDULING ORDER TO EXTEND DISCOVERY FOR THE SOLE PURPOSE OF COMPLETING NOTICED DEPOSITIONS & PROPOSED ORDER has been reviewed and, good cause showing, the scheduling order of February 23, 2015 is amended for the sole purpose of extending the deadline to complete the noticed depositions to November 5, 2015.

**IT IS SO ORDERED.**

Dated:  October 6 , 2015

_____
DISTRICT JUDGE WILLIAM H. ALSUP