JAY JAMBECK, ESQ. (SBN 226018)
MANDY G. LEIGH, ESQ. (SBN 225748)
ELIZABETH PACHECO (SBN 246258)
**LEIGH LAW GROUP**
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:    415-399-9155
Facsimile:     415-795-3733
Email: jjambeck@leighlawgroup.com

Attorneys for Plaintiff
ZEENAT SHERIFF

ALEXANDER HERNAEZ, ESQ. (SBN
CHRISTINA CHEN, ESQ.  (SBN
**FOX ROTHSCHILD, LLP**
345 California Street
Suite 2200
San Francisco, CA 94104
Telephone:    415-364-5540
Facsimile:    415-391-4436

Attorneys for Defendant
SAMUEL MERRITT UNIVERSITY
d/b/a CALIFORNIA SCHOOL
 OF PODIATRIC MEDICINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEENAT SHERIFF,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMUEL MERRITT UNIVERSITY d/b/a CALIFORNIA SCHOOL OF PODIATRIC MEDICINE; and DOES 1-30, inclusive,<br><br>        Defendants. | **Case No.:**   3:14-cv-05122-WHA<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT, SAMUEL MERRITT UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

The parties to the above-entitled action jointly submit this STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT, SAMUEL MERRITT UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT.

On October 19, 2015, Defendant SAMUEL MERRITT UNIVERSITY filed a Motion for Summary Judgment prior to the deadline for filing dispositive motions of November 12, 2015 due to Defendant's counsel having a trial in the month of November.  Plaintiff's opposition, pursuant to Local Rule 7-3, is due on November 2, 2015.  Defendant's reply is due November 9, 2015.  A hearing is set for December 3, 2015.  Trial in this matter is set for March 8, 2016.

The parties had previously stipulated to, and the Court granted, an extension of time to November 5, 2015 for Plaintiff to complete depositions that were previously noticed.  Plaintiff is awaiting dates for the depositions to occur prior to November 5, 2015, and as a result, those depositions have not yet occurred.

Due to the foregoing, the parties stipulate that Plaintiff's opposition to the Motion for Summary Judgment be due on or before November16, 2015; Defendant's reply on or before November 23, 2015; and a hearing date of December 17, 2015 at 8:00 a.m.   No changes to the Court's scheduling order are required as a result of the parties' stipulation.

Dated: October 27, 2015 **LEIGH LAW GROUP**

s/ Jay T. Jambeck

By: _____
JAY JAMBECK, ESQ.
Attorneys for Plaintiff ZEENAT SHERIFF

**"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."**

**FOX ROTHSCHILD, LLP**

Dated: October 27, 2015 s/ Alexander Hernaez

By: _____
ALEXANDER HERNAEZ, ESQ.
Attorneys for Defendant SAMUEL MERRITT UNIVERSITY

## **ORDER**

The parties' STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT, SAMUEL MERRITT UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT has been reviewed and, good cause showing, the stipulation is GRANTED.  The Plaintiff's Opposition to the Motion for Summary Judgment shall be due on or before November 16, 2015; the Defendant's reply brief, if any, shall be due November 23, 2015; and a hearing date on the Motion for Summary Judgment shall be December 17, 2015 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated:  October 28    , 2015                    _____

DISTRICT JUDGE WILLIAM H. ALSUP