JAY JAMBECK, ESQ. (SBN 226018)
MANDY G. LEIGH, ESQ. (SBN 225748)
**LEIGH LAW GROUP**
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:	415-399-9155
Facsimile:	415-795-3733
Email: jjambeck@leighlawgroup.com

Attorneys for Plaintiff
ZEENAT SHERIFF

ALEXANDER HERNAEZ, ESQ. (SBN 201441)
**FOX ROTHSCHILD, LLP**
345 California Street
Suite 2200
San Francisco, CA 94104
Telephone:	415-364-5540
Facsimile:	415-391-4436

Attorneys for Defendant
SAMUEL MERRITT UNIVERSITY
d/b/a CALIFORNIA SCHOOL
 OF PODIATRIC MEDICINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZEENAT SHERIFF,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL MERRITT UNIVERSITY d/b/a CALIFORNIA SCHOOL OF PODIATRIC MEDICINE; and DOES 1-30, inclusive,<br><br>   **Defendants.** | **Case No.:**  3:14-cv-05122-WHA<br><br>**JOINT STIPULATION WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED BY AND AMONG the parties, through their respective

1

counsel, as follows:  Plaintiff ZEENAT SHERIFF and Defendant SAMUEL MERRITT UNIVERSITY d/b/a CALIFORNIA SCHOOL OF PODIATRIC MEDICINE pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to voluntarily dismiss with prejudice the above-captioned action pursuant to the terms of the parties' settlement agreement and with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: November 13, 2015	**LEIGH LAW GROUP**

s/ Jay T. Jambeck
By: _____
JAY JAMBECK, ESQ.

Attorneys for Plaintiff ZEENAT SHERIFF

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

**FOX ROTHSCHILD, LLP**
Dated: November 13, 2015	s/ Alexander Hernaez
By: _____
ALEXANDER HERNAEZ, ESQ.
Attorneys for Defendant SAMUEL MERRITT UNIVERSITY

**ORDER**

2

1     Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED THAT** the above-captioned action is dismissed with prejudice pursuant to the terms of the parties' settlement agreement and with each party to bear its or his own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
DISTRICT JUDGE WILLIAM H. ALSUP